IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELIX CHRISTMAN,

    Petitioner,　　　　　　　　　　No. CIV S-05-1450 FCD KJM P

  vs.

GEORGE J. GIORBINO, Warden, et al.,

    Respondents.　　　　　　　　　　ORDER

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with the $5.00 filing fee. In his application, petitioner challenges a conviction issued by the Tulare County Superior Court. Tulare County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(b).

        Pursuant to Local Rule 3-120(d), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  1130 "O" Street
   Fresno, CA 93721
8

9  DATED: August 4, 2005.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/kf
chri1450.109

2